UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WAVE HILL INC.,
                            Plaintiff,

      -against-                                   ORDER

TOPI CAFE, LLC,                              20 Civ. 2934 (GBD)

                            Defendant.
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The conference scheduled for September 15, 2020 at 9:45 am is canceled.


Dated: New York, New York                SO ORDERED.
       September 2, 2020

                                         _____
                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE